**496 NUGENT vs. CIRCUIT JUDGE** (Kent), No. 13102, 93 M., 462.

To vacate an order allowing an amendment to declaration. Granted Nov. 18, 1892, with costs.

Held, that the amendment introduced a new cause of action after the same had become barred by the statute of limitations.

Gorman vs. Circuit Judge, 27 M., 138 (506); M. C. R. R. vs. Circuit Judge, 35 M., 227 (495).

**496½ ST. CLAIR TUNNEL COMPANY vs. CIRCUIT JUDGE** (St. Clair), No. 16366; 4 D. L. N., 623; 72 N. W., 249.

To compel respondent to vacate an order permitting an amendment to be made to a declaration.

Denied September 23, 1897.

Held, that mandamus will not lie to review an order of the Circuit Court allowing an amendment to a declaration.

**497 STIMPSON vs. CIRCUIT JUDGE** (Genesee), 41 M., 3.

To compel vacation of an order denying leave to file an amended declaration on duly suggesting of record the death of defendant.

Denied June 3, 1879.

The relator claimed that the declaration should be amended so as to show the change of parties.

Held, that the suggestion of a party's death upon the record is enough, if undisputed, to have all the proceedings construed with it without amending. the declaration.